FILED
July 27, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARLA BRENNAN, ) <br> ) <br> Defendant. ) | Case No. 2:11CR00295-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release MARLA BRENNAN, Case No. 2:11CR00295-MCE, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of $\_\_

    _X_ Unsecured Appearance Bond in the amount of $25,000, co-signed by Carol and cliff Schoonover.

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    _X_ (Other) Released to The Effort drug treatment program. Ordered to report to Pretrial Services on 7/28/11 at 9:00 AM.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 27, 2011  at  2:00 PM  .

By    GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge