DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARLA BRENNAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00295-MCE |
| Plaintiff, | ) | |
| v. | ) | WAIVER OF APPEARANCE |
| POTEPALOV, et al., | ) | |
| Defendants. | ) | |

   Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, MARLA BRENNAN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

///

///

///

Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: August 3, 2011                /s/   MARLA BRENNAN
                                     DEFENDANT

I agree with and consent to my client's waiver of appearance.

Dated: August 3, 2011                /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
                                     Attorney for Defendant

IT IS SO ORDERED.

Dated: August 10, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE