DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARLA BRENNAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARLA BRENNAN, <br><br> Defendant. | No. 11-0295-MCE <br><br> **STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS** <br><br> JUDGE: Hon. Gregory G. Hollows |

At the initial appearance on July 27, 2011, the Court ordered that Defendant Marla Brennan be released to The Effort drug treatment program. She is currently residing at The Effort and participating in the treatment program there, but Ms. Brennan has struggled in the program due to mental health issues.

Because of these issues, Ms. Brennan has asked to discontinue her treatment at The Effort and instead participate in the mental health treatment through the TCORE outpatient mental health center and in outpatient substance abuse treatment as directed by Pretrial Services.

In light of this request, Pretrial Services Officer Steven Sheehan contacted staff at The Effort and TCORE and conducted a pre-release visit of Ms. Brennan's mother's residence. Officer Sheehan is in agreement with Ms. Brennan's request and the following stipulation.

Based on the foregoing, it is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant Marla Brennan by and through her counsel, BENJAMIN GALLOWAY, of the Office of the Federal Defender, that:

1. Ms. Brennan be allowed to discontinue treatment at The Effort.

2. Ms. Brennan shall reside at her Mother's residence in Carmichael, California.

3. Ms. Brennan shall participate in a program of outpatient mental health treatment as directed by Pretrial Services and will cooperate with the prescribed medication regimen.

4. Ms. Brennan shall participate in a program of outpatient substance abuse treatment as directed by Pretrial Services.

5. Ms. Brennan will abstain from using alcohol or illicit drugs and shall submit to random urinalysis testing as directed by Pretrial Services.

DATED: September 23, 2011        Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MARLA BRENNAN

DATED: September 23, 2011        BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 DANIEL McCONKIE
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

/////

/////

/////

1 **O R D E R**

2 **IT IS SO ORDERED.**

3 DATED: September 23, 2011

 /s/ Gregory G. Hollows
4 UNITED STATES MAGISTRATE JUDGE