DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARLA BRENNAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-0295-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO MODIFY** |
| v. | ) | **RELEASE CONDITIONS** |
| | ) | |
| MARLA BRENNAN, | ) | |
| | ) | JUDGE: Hon. Gregory G. Hollows |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

At the initial appearance on July 27, 2011, the Court ordered that Defendant Marla Brennan be released to The Effort drug treatment program. She is currently residing at The Effort and participating in the treatment program there, but Ms. Brennan has struggled in the program due to mental health issues.

Because of these issues, Ms. Brennan has asked to discontinue her treatment at The Effort and instead participate in the mental health treatment through the TCORE outpatient mental health center and in outpatient substance abuse treatment as directed by Pretrial Services.

In light of this request, Pretrial Services Officer Steven Sheehan contacted staff at The Effort and TCORE and conducted a pre-release visit of Ms. Brennan's mother's residence. Officer Sheehan is in agreement with Ms. Brennan's request and the following stipulation.

1    Based on the foregoing, it is hereby stipulated and agreed to
2 between the United States of America through DANIEL McCONKIE, Assistant
3 U.S. Attorney, and defendant Marla Brennan by and through her counsel,
4 BENJAMIN GALLOWAY, of the Office of the Federal Defender, that:
5    1.  Ms. Brennan be allowed to discontinue treatment at The Effort.
6    2.  Ms. Brennan shall reside at her Mother's residence in
7 Carmichael, California.
8    3.  Ms. Brennan shall participate in a program of outpatient
9 mental health treatment as directed by Pretrial Services and will
10 cooperate with the prescribed medication regimen.
11    4.  Ms. Brennan shall participate in a program of outpatient
12 substance abuse treatment as directed by Pretrial Services.
13    5.  Ms. Brennan will abstain from using alcohol or illicit drugs
14 and shall submit to random urinalysis testing as directed by Pretrial
15 Services.

16 DATED:   September 23, 2011        Respectfully submitted,

17                                    DANIEL J. BRODERICK
                                     Federal Defender
18
                                     /s/ Benjamin Galloway
19                                   BENJAMIN GALLOWAY
                                     Assistant Federal Defender
20                                   Attorney for Defendant
                                     MARLA BRENNAN
21

22 DATED: September 23, 2011          BENJAMIN B. WAGNER
                                     United States Attorney
23
                                     /s/ Benjamin Galloway for
24                                   DANIEL McCONKIE
                                     Assistant U.S. Attorney
25                                   Attorney for Plaintiff

26 */////*
27 */////*
28 */////*

-2-

1 **O R D E R**

2 **IT IS SO ORDERED.**

3 DATED: September 23, 2011

4 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE